UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Criminal No. 1:19-cr-10163-IT-3 |
| | * | |
| STEVEN MIRANDA, | * | |
| | * | |
| Defendant. | * | |

PARTIAL JUDGMENT

May 11, 2020

TALWANI, D.J.

Pursuant to this court's Memorandum & Order [#201] dated May 11, 2020, the court enters judgment of Acquittal of Defendant Steven Miranda as to the charge in Count One of the Indictment [#15] that 40 grams or more of a mixture and substance containing a detectable amount of fentanyl were reasonably foreseeable by, and attributable to Defendant Miranda. Accordingly, 21 U.S.C. § 841(b)(1)(B)(vi) is not applicable to Defendant Miranda.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge